IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEVONTE STEWART,

    Plaintiff,

v.                                      CASE NO. 1:25cv245-RH-MAF

THE STATE OF FLORIDA,
OFFICE OF THE STATE
ATTORNEY, EIGHTH
JUDICIAL CIRCUIT,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on November 4, 2025.

                                                    s/Robert L. Hinkle
                                                    United States District Judge